**Robert YORK, Appellant, v. STATE of Texas, Appellee.**

**No. 22456.**

Court of Criminal Appeals of Texas.

Feb. 3, 1943.

E. H. Lasseter and Robert M. Allen, both of Henderson, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of theft, and his punishment assessed at five years' confinement in the penitentiary.

The appellant has filed a written application, duly verified by his affidavit, requesting the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.